FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 29 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TUE VAN HUYNH, <br><br> Petitioner, <br><br> v. <br><br> JEFFREY A. ROSEN, Acting Attorney General, <br><br> Respondent. | No. 20-72170 <br><br> Agency No. A074-521-409 <br><br> ORDER |

Respondent's unopposed motion to remand this matter to the Board of Immigration Appeals (docket entry no. 16) is granted.

As stated in the unopposed motion, the parties shall bear their own attorney's fees, costs and expenses.

This order served on the agency shall act as and for the mandate of this court.

REMANDED.

FOR THE COURT:

By: Chris Goelz
Circuit Mediator

12/28/20